**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**ARMAD J. JOHNSON,**

      **Petitioner,**

**vs.**                               **4:09cv214-MP/WCS**

**WALTER McNEIL,**

      **Respondent.**

_____/


## REPORT AND RECOMMENDATION TO SUMMARILY DISMISS § 2254 PETITION

      This cause is before the court on an amended 28 U.S.C. § 2254 petition.  Doc. 5.

Petitioner was directed to amend because the one ground for relief raised in the initial

petition was fairly incomprehensible, and because Petitioner had not provided sufficient

information as to his convictions and state court filings.  Doc. 4 (order, incorporated

herein by reference).

      The amended petition suffers from the same defects.  The wording of the sole

ground for relief is almost identical to the initial petition.  Petitioner refers to an "Exhibit

(1) on time barred," but there is no exhibit to the amended petition or the service copies.

For the reasons previously stated, the § 2254 petition is almost certainly untimely. The court need not decide, as Petitioner has not properly completed the § 2254 form or complied with the court's order directing him to file an amended petition.

It is therefore respectfully **RECOMMENDED** that this cause be **SUMMARILY DISMISSED** for failure to complete the requisite form and failure to comply with a court order.

**IN CHAMBERS** at Tallahassee, Florida, on November 17, 2009.


 S/      William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


<u>**NOTICE TO THE PARTIES**</u>

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**