IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ARMAD J JOHNSON,

    Petitioner,

v.                                                      CASE NO. 4:09-cv-00214-MP-WCS

WALTER MCNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 6, the Report and Recommendation of the Magistrate Judge, recommending that the case be summarily dismissed for failure to follow the orders of the Court regarding the filing of an amended petition. The time for filing objections has passed, and none have been filed. The Court agrees that the initial petition was incomprehensible and that the amended petition contained nearly identical language, thus not correcting the deficiencies found by the Magistrate Judge. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    This cause is summarily dismissed for failure to complete the requisite form and failure to comply with a court order.

**DONE AND ORDERED** this _30th_ day of December, 2009

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge